1 Ann M. Cerney, SBN: 068748
Attorney at Law
2 45 Hunter Square Plaza
Stockton, California 95202
3 Telephone: (209) 948-9384
Facsimile: (209) 948-0706
4
Attorney for Plaintiff
5

6

7

8 **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

9 —o0o—

10 BONNIE DENE MCSPARREN                    CASE NO. 2:12-CV-00357-GGH

11                 Plaintiff,              **ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO**
12 vs.                                     **DEFENDANT'S** CROSS-MOTION FOR SUMMARY JUDGMENT

13 MICHAEL J. ASTRUE,
Commissioner of Social Security,
14
                Defendant.
15 _____/

16     Pursuant to the stipulation of the parties showing good cause for a requested extension of

17 Plaintiff's time to reply to Defendant's Cross-Motion For Summary Judgment, the request is

18 hereby APPROVED.

19     Plaintiff shall file her reply on or before October 19, 2012.

20     SO ORDERED.

21

22 DATED: October 15, 2012

23
                        /s/ Gregory G. Hollows
24                 UNITED STATES MAGISTRATE JUDGE

25
McSparren0357.eot.wpd
26

27

28
---
1
[PROPOSED] ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT