Ann M. Cerney, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California  95202
Telephone: (209) 948-9384
Facsimile:  (209) 948-0706

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

| | |
|---|---|
| BONNIE DENE MCSPARREN | CASE NO.  2:12-CV-00357-GGH |
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S** CROSS-MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

Pursuant to the stipulation of the parties showing good cause for a requested extension of Plaintiff's time to reply to Defendant's Cross-Motion For Summary Judgment, the request is hereby APPROVED.

Plaintiff shall file her reply on or before October 19, 2012.

SO ORDERED.

DATED: October 15, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

McSparren0357.eot.wpd

---

1
[PROPOSED] ORDER  EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT